*A. A. Hammond,* for the state.

Nov. Term,<br>1847.<br><br>DICKEY<br>v.<br>MORGAN.

---

THE STATE *v.* JOHNSON.—In error.

IN the case of an indictment, where there has been a trial on the merits by a competent Court, and a judgment for the defendant, the judgment will not be reversed for an error of the Court, in refusing to permit the prosecuting attorney to enter a *nolle prosequi,* or in rejecting evidence offered by him; the defendant not being liable to be put in jeopardy again for the same offence. *The State* v. *Davis,* 4 Blackf. 345.—*The State* v. *Bouche,* 5 *id.* 154.